**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In re:<br><br>**_SHANNA ROSE FOX_**,<br><br>            Debtor(s). | Chapter 7<br><br>Case No. 21-00367 |

**NOTICE OF THIRD HOME LOAN PAYMENT DEFERMENT**

Please take notice that on July 29, 2021, upon request of the Debtor(s), or if applicable Co-Debtor(s), Bank of America, N. A. agreed to defer the monthly payment amount for the home loan ending in 8300 secured by property at 1020 Sunshine Way SW, Winter Haven, FL 33880-2022 (the "Home Loan") for an additional three (3) months (the "Third Deferral Period"). The Third Deferral Period starts with September 5, 2021 and will continue until December 4, 2021. The deferred payment amounts will be added to the end of the term of the Home Loan and are not being waived or forgiven. Additionally, interest will, to the extent permitted by law (including any confirmed bankruptcy plan), continue to accrue during this time period. At the end of the Third Deferral Period, the regular payment schedule provided for under the Home Loan (or if applicable the Debtor(s) confirmed bankruptcy plan) will resume without further notice, and the Third Deferral Period will terminate. It is not anticipated that a fourth deferment will be provided to the Debtor(s), or if applicable Co-Debtor(s). Should the Debtor(s), or if applicable Co-Debtor(s), wish to do so, Debtor(s), or if applicable Co-Debtor(s), may, prior to expiration of the Third Deferral Period, request to be evaluated for available long-term assistance options by contacting Bank of America, N.A. at: 1-800-669-6650. Further, Bank of America, N. A. may contact Debtor(s), or if applicable Co-Debtor(s), after expiration of the

Third Deferral Period to ensure that any potential request to be evaluated for available long-term assistance options is considered.

To the extent a payment is made on the Home Loan during the Third Deferral Period, the funds will be used to reduce the principal balance on the Home Loan, but will not extend the Third Deferral Period, and the acceptance of such funds by Bank of America, N. A. should not be construed as a waiver of Bank of America, N. A.'s rights under the Home Loan, applicable bankruptcy law, or applicable non-bankruptcy law.  Bank of America, N. A. expects that, to the extent necessary, the Debtor(s) will also promptly take any required actions with the Court to effectuate the terms of the deferment described in this Notice.

Please take further notice that if the Debtor(s), or if applicable Co-Debtor(s), pays property taxes and insurance on their own under the terms of the Home Loan, the Debtor, or if applicable Co-Debtor(s), should continue to pay those obligations when they come due or as otherwise required by any applicable bankruptcy plan.  If the amounts are not paid, Bank of America, N. A. may, in order to insure that its collateral is adequately protected, and subject to any applicable bankruptcy plan, pay those obligations on the Debtor(s)', or if applicable Co-Debtor(s)', behalf and establish an escrow account for payments going forward.  If this occurs, Bank of America, N. A. will notify the Debtor(s), or if applicable Co-Debtor(s), of the change and file a payment change notice with this Court as required.

If the Debtor(s), or if applicable Co-Debtor(s), pays property taxes and insurance obligations through an escrow account established under the terms of the Home Loan, Bank of America, N. A. will continue to pay those obligations when they come due during the Third Deferral Period.  Any shortage that may occur as a result of the Deferment will be captured in the next annual analysis.  Debtor(s), or if applicable Co-Debtor(s), may continue to make

deposits to the escrow account during the Third Deferral Period to prevent a subsequent escrow shortage, but the Debtor(s), or if applicable Co-Debtor(s), is not obligated to do so.

Finally, please note that during the Third Deferral Period the Debtor(s), or if applicable Co-Debtor(s), monthly Home Loan statements may reflect the payment amounts deferred as past due balances. To the extent that occurs, the Debtor(s), or if applicable Co-Debtor(s), should disregard that portion of the Home Loan statement.

**Nothing under this Notice should be construed as a waiver of Bank of America, N. A.'s rights under the Home Loan, applicable bankruptcy law, or applicable non-bankruptcy law.**

I /s/Katie I. Wolff   Date: August 30, 2021
Katie I. Wolff
Assistant Vice President
Bank of America, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

16001 N. Dallas Pkwy
Addison, TX 75001

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Forbearance**
Shanna Rose Fox    Case No: 21-00367
Chapter: 7

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 30, 2021 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor's Attorney: | Trustee: | Debtor (s): |
|---|---|---|
| Eva M. Donohue | Angela Welch | Shanna Rose Fox |
| PO Box 5074 | 12191 W Linebaugh Ave # 401 | 1020 Sunshine Way SW |
| Lakeland, FL 33807-5074 | Tampa, FL 33626-1732 | Winter Haven, FL 33880-2022 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 30, 2021 | Katie I. Wolff | /s/Katie I. Wolff |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |